Lilly Josephs, Appellee, v. Icio Josephs, Appellant.
Gen. No. 42,465.

opinion filed September 27, 1943. Alex M. Golman, for appellant; no appearance for appellee. Opinion by JUSTICE MATCHETT. Not to be published in full.

Walter Szymczak, Individually and as Executor of Estate of Stanley Szymczak, and Theodore Szymczak, Appellees, v. Jean Jawor, Formerly Jean Szymczak, Appellant.
Gen. No. 42,537.

opinion filed September 27, 1943. Clyde L. Todd and Joseph Steller, for appellant; C. S. Frasz and E. C. F. Meier, for appellees. Opinion by JUSTICE MATCHETT. Not to be published in full.